# ELECTRONIC RECORD

*1459-14*
*1460-14*
*1461-14*

COA # 11-14-00258-CR          OFFENSE: 1

STYLE: **Marcus Dwight Booth v. The State of Texas**          COUNTY: Midland

COA DISPOSITION: DISMISSED          TRIAL COURT: 385th District Court

DATE: 10/16/14          Publish: NO          TC CASE #: CR42435

COA DISPOSITION: DISMISSED          TRIAL COURT: 385th District Court

DATE: 10/16/14          Publish: NO          TC CASE #: CR42435

## IN THE COURT OF CRIMINAL APPEALS

*1461-14   1459-14*
*1460-14*

STYLE: **Marcus Dwight Booth v. The State of Texas**

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 03/18/2015

JUDGE: Per Curiam

CCA #: PD-1459-14

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**